IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50053
Conference Calendar

_____

ROBERT RESENDEZ, SR.,

Plaintiff-Appellant,

versus

WILLIAM HENDERSON, United States
Postmaster General, U.S. Postal Service,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-99-CV-241-H
- - - - - - - - - -
August 24, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

Robert Resendez has filed an application for leave to proceed in forma pauperis (IFP) on appeal, following the district court's dismissal of his civil action as barred by the doctrine of res judicata and certification that an appeal would be frivolous. Resendez has failed to address the basis of the district court's dismissal and has failed to challenge specifically the district court's finding that his appeal was not taken in good faith and was legally frivolous. Although this

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court liberally construes pro se briefs, see Haines v. Kerner, 404 U.S. 519, 520-21 (1972), the court requires arguments to be briefed in order to be preserved.  Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993).  Because Resendez has failed to address the only appealable issue, he has abandoned the issue on appeal.  See id.  Because Resendez has not shown that he will raise a nonfrivolous issue on appeal, his IFP motion is DENIED, and his appeal is DISMISSED as frivolous.  See Jackson v. Dallas Police Dep't, 811 F.2d 260, 261 (5th Cir. 1986); see also 5TH CIR. R. 42.2.

IFP DENIED; APPEAL DISMISSED.